OPINION — AG — QUESTION: MAY COUNTY "A", WHICH DOES NOT CONSTITUTE A SEPARATE NOMINATING DISTRICT, LAWFULLY PAY SUCH ADDITIONAL SALARY TO THE OFFICIAL COURT REPORTER FROM ITS COURT FUND, WITHOUT CONTRIBUTION FROM COUNTIES "B" AND "C", UPON APPROVAL OF THE COUNTY JUDGE AND COUNTY ATTORNEY OF COUNTY "A", AND THE JUDGE APPOINTING SAID COURT REPORTER? — NEGATIVE CITE: 20 O.S. 1961 109 [20-109] (J. H. JOHNSON)